IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HULEN T. HARRELL, ) | No. C 13-1351 RMW (PR) |
| Plaintiff, ) | ORDER OF DISMISSAL |
| v. ) | |
| STATE OF CALIFORNIA, et al., ) | |
| Defendants. ) | |

On March 26, 2013, plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983. On July 26, 2013 the court issued an order of dismissal with leave to amend. Plaintiff was directed to file an amended complaint within thirty days of the filing date of the order. Plaintiff has failed to comply with the due date, thus, the instant action is **DISMISSED** without prejudice. The Clerk shall enter judgment and close the file.

IT IS SO ORDERED.

DATED: _____

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\CR.13\Harrell351dism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HULEN TIMMOTHY HARRELL,  <br><br>          Plaintiff,  <br><br>   v.  <br><br>STATE OF CALIFORNIA et al,  <br><br>          Defendant._____/ | Case Number: CV13-01351 RMW  <br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Hulen T. Harrell PFN #AAN366  
GDDF  
Floor 1, Pod A, Cell 5  
550 6th Street  
Oakland, CA 94607

Dated: October 23, 2013

                                        Richard W. Wieking, Clerk  
                                        By: Jackie Lynn Garcia, Deputy Clerk