1
2
3
4
5
6
7

8         IN THE UNITED STATES DISTRICT COURT

9         FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| HULEN T. HARRELL, ) | No. C 13-1351 RMW (PR) |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| STATE OF CALIFORNIA, et al., ) | |
| Defendants. ) | |

The court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED:

_____
RONALD M. WHYTE
United States District Judge

Judgment
G:\PRO-SE\RMW\CR.13\Harrell351jud.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HULEN TIMMOTHY HARRELL,

        Plaintiff,

  v.

STATE OF CALIFORNIA et al,

        Defendant.

Case Number: CV13-01351 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 23, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Hulen T. Harrell PFN #AAN366
GDDF
Floor 1, Pod A, Cell 5
550 6th Street
Oakland, CA 94607

Dated: October 23, 2013

        Richard W. Wieking, Clerk
        By: Jackie Lynn Garcia, Deputy Clerk